**Ronald E. DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39889.**

Missouri Court of Appeals, Western District.

Sept. 13, 1988.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, Asst. Atty. Gen., Jefferson City, for respondent.

Before COVINGTON, P.J., and NUGENT and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).